PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:02CR05439-001** |
| | ) | |
| **JOAN ELAINE BEERBOWER** | ) | |
| | ) | |

On December 28, 2004, the above-named was placed on Supervised Release for a period of 5 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Frank Esquivel

**FRANK ESQUIVEL**
**Senior United States Probation Officer**

Dated:        February 19, 2008
              Bakersfield, California
              FE:dk

**/s/ Rick C. Louviere**

**REVIEWED BY:**        _____
              **RICK C. LOUVIERE**
              **Supervising United States Probation Officer**

**Re:    Joan Elaine BEERBOWER**
**Docket Number:   1:02CR05439-001**
**ORDER TERMINATING SUPERVISED RELEASE**
**<u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    <u>February 21, 2008</u>**          <u>/s/ Oliver W. Wanger</u>
                                 UNITED STATES DISTRICT JUDGE